No. 314. CHRISTIANA *v.* LOUISIANA. Sup. Ct. La. Certiorari denied. *Jack Wasserman, David Carliner* and *G. Wray Gill, Sr.,* for petitioner.

No. 324. ALTIERI *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Jacob J. Alprin* and *Ralph C. DeLuca* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Meyer Rothwacks* for the United States.

No. 325. BUTLER *v.* BURKE, WARDEN. C. A. 7th Cir. Certiorari denied. *Donald S. Eisenberg* for petitioner. *Bronson C. La Follette,* Attorney General of Wisconsin, and *William A. Platz,* Assistant Attorney General, for respondent.

No. 327. RICKEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Frederick Bernays Wiener* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin, Meyer Rothwacks* and *John M. Brant* for the United States.

No. 331. TAFT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Samuel S. Mitchell* and *Romallus O. Murphy* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Anthony P. Nugent, Jr.,* for the United States.

No. 333. MAMIYE BROS. ET AL. *v.* BARBER STEAMSHIP LINES, INC., ET AL. C. A. 2d Cir. Certiorari denied. *Vincent L. Leibell, Jr.,* for petitioners. *David P. H. Watson* for respondent shipowners et al., and *Eli Ellis* for respondents Atlantic Stevedoring Co., Inc., et al.